IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 119-125 |
| | ) | |
| MICHAEL VENETEZ MCRAE | ) | |

**ORDER**

After a careful, *de novo* review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 73.) Nothing in Plaintiff's objections undermines the Magistrate Judge's recommendation. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **OVERRULES** Defendant's objections, and **DENIES** Defendant's Motion to Dismiss Indictment, (doc. no. 64).

SO ORDERED this 2nd day of February, 2021, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA