IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 119-125 |
| | * | |
| MICHAEL VENETEZ MCRAE. | * | |

**O R D E R**

Presently before the Court are various motions filed via letter to the Clerk by Defendant Michael Venetez McRae. (Doc. 163.) Defendant requests authorization to acquire additional transcripts of opening and closing statements, jury instructions, and exhibits from his trial. (Id. at 1.) Further, he requests an updated docket sheet and copies of various motions. (Id.) The filing also contains a letter and a motion that appear to be improperly before the district court and instead intended for the Eleventh Circuit Court of Appeals. (Id. at 2-4.) In that letter and motion, Defendant requests the same copies and petitions the Eleventh Circuit to appeal *in forma pauperis* based on this Court's denial of that request on December 20, 2021. (Id.)

Based on a review of Defendant's pending appeal, Eleventh Circuit Docket Number 21-13905, the docket reflects that Defendant filed the same letters and motion with the Eleventh Circuit on April 4, 2022. Therefore, as to the motion and letter that are under the heading of the Eleventh Circuit, they are improperly before this Court and this Court has no action to take with those

requests. Therefore, the only motion properly remaining before this Court is page one of Defendant's filing. (Id. at 1.)

Defendant addressed this letter to the Clerk of United States District Court and requests additional transcripts, an updated docket sheet, and copies of specific motions. (Id.) Defendant also contacted Lisa Davenport, the Court Reporter, with regards to this transcript request. Ms. Davenport provided Defendant estimated costs for his requested transcripts, and a copy of that letter is attached to this Order. (See Ex. A.) Based on this, the Court finds Defendant's transcript request has been handled.

As to Defendant's request for a docket sheet and copies of motions, Defendant is not entitled to free copies of Court records. See Jackson v. Ajibade, No. CV 311-020, 2011 WL 3468373, at *1 n.1 (S.D. Ga. Aug. 8, 2011) (citing Wanninger v. Davenport, 697 F.2d 992, 994 (11th Cir. 1983) (per curiam); Jones v. Franzen, 697 F.2d 801, 803 (7th Cir. 1983)). Nevertheless, the Court **DIRECTS** the **CLERK** to mail a copy of the updated docket sheet with this Order. However, as to the request for copies, Defendant may purchase copies of any Court record directly from the Clerk of Court for $0.50 per page. Therefore, Defendant's motion is **DENIED** as it relates to copies of specific motions.

Based on the foregoing, **IT IS HEREBY ORDERED** that Defendant's various motions (Doc. 163) are **GRANTED IN PART and DENIED IN PART**. The **CLERK** is **DIRECTED** to attach a copy of the most recent docket

sheet to this Order upon mailing it to Defendant. Defendant's request for copies is **DENIED** and Defendant's other requests are improperly before this Court, instead intended for the Eleventh Circuit Court of Appeals, and therefore are **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this ___19th___ day of April, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# EXHIBIT A

```
                                    Lisa H. Davenport, RPR, FCRR
                                    Court Reporter
                                    Post Office Box 5485
                                    Aiken, SC 29804

                                    April 11, 2022
```

Michael V. McRae
23244-021
FCI 2
Post Office Box 1500
Butner, NC 27509

    In Re:   Transcript Requests/USA v McRae/1:19CR125

Dear Mr. McRae,

I received your letter of March 30, 2022, requesting transcripts of all pretrial hearings and Ex Parte hearings. I have researched the file and the following hearings were held. The estimated cost shown at the end of each line.

9/24/2019 Initial Appearance/Arraignment, Judge Epps/$75
4/29/2020 Ex Parte Video Conference, Judge Epps/$90
9/18/2020 Ex Parte, Judge Epps/$90
10/9/2020 Ex Parte, Judge Epps/$180
2/11/2021 Ex Parte, Judge Epps/$130
4/22/2021 Pretrial, Judge Hall/$90
5/13/2021 Pretrial, Judge Hall/$90

Also, you mentioned in your letter that you are interested in the parts of the jury trial that were not included in the trial transcript earlier filed. I have listed those parts below with the corresponding estimate at the end of each line.

5/17/2021 Jury Selection/ Judge Hall/$340
5/18/2021 Opening Statements/Gov & Dft/$37
5/18/2021 Closing Arguments/Gov & Dft/$55
5/18/2021 Jury Charge/Judge Hall/$45

If you are interested in obtaining these transcripts, please send a letter indicating which transcript you would like to order along with the corresponding deposit due for that transcript. Please send a money order or other certified funds for the total amount due made payable to Lisa Davenport, Post Office Box 5485, Aiken, SC, 29804. Upon receipt of the deposit

Thank you.

Sincerely,

Lisa H. Davenport